UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CR-60129-LEIBOWITZ/AUGUSTIN-BIRCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL SPADORO,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION TO EXCUSE HIS ATTENDANCE AT STATUS CONFERENCE OR IN THE ALTERNATIVE TO ALLOW HIS PARTICIPATION BY TELEPHONE**

COMES NOW the Defendant, MICHAEL SPADORO (the "Defendant"), by and through undersigned counsel, to move this Court for an Order granting his request to be excused from attendance at the status conference scheduled for August 23, 2024, or in the alternative to allow his participation by telephone, and in support states the following:

1.    On July 11, 2024, Mr. Spadoro had his initial appearance in this case. [ECF 8] At that appearance the Court set a bond for the Defendant. [ECF 9] Mr. Spadoro is a resident of the District of New Jersey. Thus, one of the conditions of the bond is that the Defendant must limit his travel to the Southern and Eastern Districts of New York, the District of New Jersey, and the Southern District of Florida.

2.    The Court has filed a Scheduling Order setting a date August 23, 2024, for the status conference. [ECF 19] That order requires the attendance of the Defendant.

3.    As stated above, Mr. Spadoro resides in New Jersey. Travel to Fort Lauderdale for the status conference is both time-consuming and expensive. Moreover, from the present to

September 11, 2024, Mr. Spadoro will be the primary care-giver for an 87 year-old living at the same residence. Additionally, during this period he has the responsibility for taking care of the residence and the pets also living there. Therefore, Mr. Spadoro requests that this Honorable Court excuse his presence at the status conference.

4. If Mr. Spadoro's presence at the status hearing is indispensable, the Defendant requests that as an alternative to his excusal that the Court allow his participation in the hearing by telephone.

5. Pursuant to Local Rule 88.9, counsel has consulted Assistant United States Attorney Camille Smith, who is prosecuting the case on behalf of the United States. AUSA Smith advised that the government does not oppose the granting of the relief sought in this motion.

6. Mr. Spadoro is aware of the filing of this motion and consents to its filing on his behalf.

WHEREFORE, for the reasons set forth above, counsel for Defendant MICHAEL SPADORO respectfully requests that this Honorable Court excuse his presence at the status conference or in the alternative allow his participation by telephone.

Respectfully submitted,

/s/ Richard A. Serafini
Richard A. Serafini, Esq.
Florida Bar No. 0972037
*Counsel for Michael Spadoro*

Serafini Law Office, LLC
One Financial Plaza
100 SE Third Avenue, Suite 2210
Fort Lauderdale, FL  33394
Telephone:  (754) 223-4718
Facsimile:  (800) 535-9913
Email:  ras@rserafinilaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically via CM/ECF this 16th day of August 2024.

/s/ Richard A. Serafini
Richard A. Serafini, Esq.